1840.

MALLET
*v.*
GIRARD.

---

## MALLET *v.* GIRARD.

A solicitor, who has volunteered an appearance, cannot withdraw it on his own application merely because he says he had no authority ; the defendant himself not disavowing the right to appear.

---

*January* 6,
1840.

*Practice.*
*Appearance.*
*Withdrawing appearance.*

THE defendant resided at New-Orleans ; and the solicitor for the complainant obtained and published the usual order for an appearance.    Before the time was out, a solicitor entered an appearance for the defendant ; and a copy of the bill, with notice of an order to answer, was served.

A petitition was now presented by the solicitor, asking leave to withdraw his appearance, on the ground that he had been induced to appear from the fact of having been concerned for the defendant in an action at law which embraced the same matter ; that he had sent the copy of the bill to the defendant at New-Orleans, who, in acknowledging the receipt of it, had remarked that in consequence of all his books, papers and witnesses being in New-Orleans, it would be almost impossible for him to make a proper accounting and wished to know whether the law of this state would allow such a bill to be filed in such a case as the present and he be compelled to answer and account in the city of New-York ; and that he, the solicitor, had appeared without any authority from the defendant.

Mr. *Dillon,* in *pro. per.* and in support of the application.

Mr. *Rapallo,* contra.

THE VICE-CHANCELLOR denied the motion, on the ground that, although the defendant had received a copy of the bill from the solicitor who had chosen to appear for him, yet he had made no express disavowal of such solicitor's authority, and *non constat* he would disavow it. Costs to abide the event.